■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOQUAN HERRIOT, Appellant. [742 NYS2d 887] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered January 4, 2000, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellant review his

contention that the preindictment delay deprived him of due process (*see People v Cedeno,* 52 NY2d 847, 848; *People v Champelle,* 144 AD2d 378), and we decline to reach the issue in the exercise of our interest of justice jurisdiction (*see* CPL 470.15 [3]).

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish that the defendant acted with depraved indifference (*see People v Roe,* 74 NY2d 20, 24; *People v Smith,* 255 AD2d 404, 405; *People v Dellemand,* 205 AD2d 551, 552). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Altman, J.P., S. Miller, McGinity and Schmidt, JJ., concur.